TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00745-CV

Connecticut Indemnity Company, The Fire & Casualty Insurance Company of
Connecticut, Security Insurance Company of Hartford; Liberty Mutual Insurance

Company, et al.; and Highlands Insurance Company, et al., Appellants

v.

Texas Department of Insurance, et al., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 97-08264, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

 More than one hundred appellants have by two motions announced resolution of
their dispute at the trial court and their consequent desire to withdraw or dismiss this interlocutory
appeal of the trial court's denial of their motion for temporary injunction. We grant the Certain
Appellants' Motion to Dismiss Appeal and The Liberty Appellants' Motion to Withdraw Appeal.

 Our granting of these motions today leaves no live appeals. Previously, by order
of December 19, 1997, we dismissed the appeal of Connecticut Indemnity Company, The Fire &
Casualty Insurance Company of Connecticut, and Security Insurance Company of Hartford. We 
dismiss the appeal entirely.

Before Justices Aboussie, Jones and B. A. Smith

Appeal Dismissed on Appellants' Motions

Filed: February 26, 1998

Do Not Publish